JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT J. JAFFE, M.D., | ) | Case No.: CV 15-1018 DSF |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JOHN G. ROBERTS, JR., et al., | ) | |
| Defendants. | ) | |

The Court having ordered that the case be dismissed,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: 7/28/15

_____
Dale S. Fischer
United States District Judge